MICHAEL T. GEBHART
Nevada Bar No. 7718
ASCENT EMPLOYMENT LAW
110 16th Street, Suite 1460
Denver, CO 80202
Telephone: 702.324.8341
Michael@ascent-employmentlaw.com
Attorney for Defendants Round Mountain Gold Corporation and Kinross Gold U.S.A., Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ISRAEL TORRES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROUND MOUNTAIN GOLD CORPORATION; KINROSS GOLD U.S.A., INC.; KINROSS GOLDBANKS MINING COMPANY; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03314-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Israel Torres and Defendants, through their undersigned counsel, stipulate and request an extension of time to answer or otherwise respond to the Complaint (ECF No. 1), pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, LR IA 6-2, and LR 7-1.

The requested response deadline is December 3, 2026, fourteen days after November 19, 2026. Good cause supports this request:

1. Counsel need additional time to investigate the named entities' respective roles and confer regarding a possible amended complaint identifying the proper defendants.

2. Defense counsel have previously scheduled professional commitments in Wyoming during the week of November 16, 2026. Additional time will permit factual review and preparation of a response.

3. This is the first extension request; no prior extension has been granted. The request is made in good faith, not for delay, and will not prejudice Plaintiff.

The parties request approval of the December 3, 2026 deadline for all defendants. Their positions concerning the proper defendants remain unresolved.

**IT IS SO STIPULATED.**

Dated: November 11, 2026
ASCENT EMPLOYMENT LAW

/s/ Michael T. Gebhart
Michael T. Gebhart, Esq.
Nevada Bar No. 7718
110 16th Street, Suite 1460
Denver, CO 80202
Attorney for Defendants

Dated: November 11, 2026
RAFII & ASSOCIATES, P.C.

/s/ Ciara Alagao
Ciara Alagao, Esq.
Nevada Bar No. 16789
1120 N. Town Center Dr., Ste. 130
Las Vegas, NV 89144
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (First Request) with the Clerk of the Court using the CM/ECF system, which will transmit notice of the filing to counsel of record registered to receive electronic service, including Ciara Alagao, counsel for Plaintiff.

/s/ Michael T. Gebhart